# Posternak
POSTERNAK BLANKSTEIN & LUND LLP



June 3, 2004

Dustin F. Hecker
617-973-6131
617-722-4927 FAX
dhecker@pbl.com

Clerk, United States District Court
John Joseph Moakley United States Courthouse
One Courthouse Way
Suite 2300
Boston, MA 02210

    Re:   Renaissance Worldwide, Inc. v. Cedar Enterprise Solutions, Inc.
            C.A. No. 04-11047 PBS

Dear Sir or Madam:

Enclosed are certified copies of the pleadings filed in the Middlesex Superior Court for this removed case.

Yours truly,

Dustin F. Hecker

DFH/tl
Enclosure

cc:    Deborah Baum, Esq.

ID # 396133v01/14085-2