UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Renaissance Worldwide, Inc.
        Plaintiff,                              CIVIL ACTION
                                                       NO.   04-11047-PBS

       v.

Cedar Enterprises Solutions, Inc.
        Defendant.

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                                         July 20, 2004

      The Scheduling Conference  previously scheduled for July 19, 2004, has been **rescheduled** to **August 9, 2004, at 2:00 p.m.**

                                                                       By the Court,


                                                                 /s/ Robert C. Alba
                                                                Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Renaissance Worldwide, Inc.
        Plaintiff,                            CIVIL ACTION
                                                    NO.   04-11047-PBS

        v.

Cedar Enterprises Solutions, Inc.
        Defendant.

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                               July 20, 2004

      The Scheduling Conference previously scheduled for July 19, 2004, has been **rescheduled** to **August 9, 2004, at 2:00 p.m.**

                                                                      By the Court,

                                                                  /s/ Robert C. Alba
                                                                Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Renaissance Worldwide, Inc.
           Plaintiff,    CIVIL ACTION
                           NO.   04-11047-PBS

v.

Cedar Enterprises Solutions, Inc.
           Defendant.

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                July 20, 2004

      The Scheduling Conference previously scheduled for July 19, 2004, has been **rescheduled** to **August 9, 2004, at 2:00 p.m.**

                      By the Court,

                      /s/ Robert C. Alba
                      Deputy Clerk

Copies to:  All Counsel

resched.ntc