**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(Boston Division)**

| | | |
|---|---|---|
| _____ | ) | |
| RENAISSANCE WORLDWIDE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-cv-11047 |
| | ) | |
| CEDAR ENTERPRISE SOLUTIONS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| CEDAR ENTERPRISE SOLUTIONS, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CEDAR USA HOLDINGS, INC. | ) | |
| | ) | |
| Counterclaim Plaintiffs | ) | Civil Action No. 04-cv-11047 |
| v. | ) | |
| | ) | |
| RENAISSANCE WORLDWIDE, INC. | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |
| _____ | ) | |

**PARTIES' JOINT REPORT ON PROPOSED**
**DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26(f)**

Plaintiff/Counterclaim Defendant Renaissance Worldwide, Inc. ("Renaissance"), Defendant/Counterclaim Plaintiff Cedar Enterprise Solutions, Inc. ("CESI"), and Counterclaim Plaintiff Cedar USA Holdings, Inc. ("Cedar USA"), by counsel, have conferred by telephone and jointly submit the following proposed dates for case management pursuant to Rule 26(f) of the Federal Rules of Civil Procedure:

1. Initial disclosures pursuant to Rule 26(a)(1) shall be made on or before July 23, 2004.

2. Motions to amend the pleadings shall be made on or before October 10, 2004.

3. Fact discovery shall be completed by January 10, 2005.

4. Motions for summary judgment shall be filed on or before February 9, 2005.

5. Case-in-chief expert disclosures pursuant to Rule 26(a)(2) shall be made on or before February 9, 2005.

6. Reply or rebuttal expert disclosures shall be made on or before March 11, 2005.

7. Expert discovery shall be completed on or before April 11, 2005.

8. Pretrial disclosures pursuant to Rule 26(a)(3) shall be made on or before June 10, 2005.

The parties agree that fact discovery should relate to the terms and performance of the equipment lease, office lease, tax, and indemnification provisions of the Transition Services Contract and Stock Purchase Agreement, as applicable, and damages. The parties further agree that no limitations on discovery, beyond those imposed by the local rules of this Court, should be imposed in this action.

CESI and Cedar USA believe that a protective order is appropriate, and have delivered a draft to Renaissance for consideration.

July 23, 2004

CEDAR ENTERPRISE SOLUTIONS, INC.
and CEDAR USA HOLDINGS, INC.
By Counsel

s/Dustin F. Hecker

_____
Dustin F. Hecker
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
(617) 973-6131 (tel.)
(617) 722-4927 (fax)

RENAISSANCE WORLDWIDE, INC.
By Counsel

s/Michael H. Theodore

_____
Lewis J. Cohn, Esq.
Michael H. Theodore, Esq.
COHN & DUSSI, LLC
25 Burlington Mall Road, 6th Floor
Burlington, Massachusetts 01803
(781) 494-0200
(781) 494-0208 (fax)

*Counsel for Renaissance Worldwide, Inc.*

s/Deborah B. Baum

_____
Deborah B. Baum
Matthew A. Anzaldi
Grace Shie
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000 (tel.)
(202) 663-8007 (fax)

*Counsel for Cedar Enterprise Solutions, Inc.,
and Cedar USA Holdings, Inc.*

3