

**Posternak**
POSTERNAK BLANKSTEIN & LUND LLP

July 20, 2004

FILED
CLERKS OFFICE

2004 JUL 22  A 12: 22

U.S. DISTRICT COURT
DISTRICT OF MA

Dustin F. Hecker
617-973-6133
617-722-4927 FAX
dhecker@pbl.com

Mr. Robert Alba
United States District Court
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, MA 02210

Re:  Renaissance Worldwide, Inc. v. Cedar Enterprise Solutions, Inc.
     C.A. No. 04-11047 PBS

Dear Mr. Alba:

We spoke Monday about the scheduling conference, which the Court has rescheduled to August 9. As I believe I mentioned, I will be on vacation that week. Unless Judge Saris would allow the defendants' counsel to appear telephonically, and assuming the plaintiff's counsel is available, I would ask that the conference be moved to any day the following week except Thursday, August 19.

Please call me if you have any questions.

Yours truly,

Dustin F. Hecker

DFH/tl

cc:  Deborah Baum, Esq.
     Lewis J. Cohn, Esq.

ID # 401027v01/14085-2

Posternak Tower   800 Boylston Street   Boston, MA 02199-8004   617 973 6100   fax 617 367 2315   www.pbl.com