UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| RENAISSANCE WORLDWIDE, INC.<br><br>Plaintiff,<br><br>v.<br><br>CEDAR ENTERPRISE SOLUTIONS, INC.<br><br>Defendant.<br><br>―――――――――――――――――――<br><br>CEDAR ENTERPRISE SOLUTIONS, INC.<br><br>and<br><br>CEDAR USA HOLDINGS, INC.<br><br>Counterclaim Plaintiffs<br><br>v.<br><br>RENAISSANCE WORLDWIDE, INC.<br><br>Counterclaim Defendant. | Civil Action No. 04-11047 PBS<br><br>FILING FEE PAID:<br>RECEIPT #<br>AMOUNT $<br>BY DPTY CLK<br>DATE |

### MOTION FOR LEAVE TO ADMIT
### MATTHEW A. ANZALDI *PRO HAC VICE*

In accordance with Rule 3.5.3(b), Jennifer L. Finger, a member of the Bar of Massachusetts, respectfully moves for the admission *pro hac vice* of Matthew A. Anzaldi of the law firm of Shaw Pittman LLP, 2300 North Street NW, Washington, DC 20037, to appear and practice in this Court for this case as counsel for the defendant Cedar Enterprise Solutions, Inc. As detailed in the Certificate of Matthew A. Anzaldi (attached hereto as Exhibit A), he is a member of the Bar in good standing in every jurisdiction in which he has been admitted to practice. There are

ID # 402443v01/14085-2/ 08.04.2004

no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction, and is familiar with the local rules of the United States District Court for the District of Massachusetts. Payment of the Fifty ($50.00) Dollar admission fee has been submitted to the Clerk of the Court. My firm has previously entered an appearance as counsel for the defendants.

WHEREFORE, Jennifer L. Finger hereby respectfully requests that the Court grant this motion for leave to admit Matthew A. Anzaldi *pro hac vice*.

DATED:    August 4, 2004

CEDAR ENTERPRISE SOLUTIONS, INC.
and CEDAR USA HOLDINGS, INC.
By Counsel

*/s/ Jennifer L. Finger*
Dustin F. Hecker, BBO 549171
Jennifer L. Finger, BBO 641830
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
(617) 973-6131 (tel.)
(617) 722-4927 (fax)

Of Counsel:

Deborah B. Baum
Matthew A. Anzaldi
Grace Shie
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000 (tel.)
(202) 663-8007 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2004, the foregoing "Answer and Counter-claims" was served by first class mail, postage prepaid, on the following counsel of record:

Lewis J. Cohn, Esq.
Michael H. Theodore, Esq.
25 Burlington Mall Road, 6th Floor
Burlington, Massachusetts 01803
*Counsel for Renaissance Worldwide, Inc.*

_____
Jennifer L. Finger

ID # 402443v01/14085-2/ 08.04.2004