UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Renaissance Worldwide, Inc.
Plaintiff,

    V.            Civil Action Number
                  04-11047-PBS

Cedar Ent. Solutions, Inc.
Defendant.             August 9, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 1/10/05

Expert discovery deadline: 4/11/05

Summary Judgment Motion filing deadline: 2/9/05

Opposition to Summary Judgment Motions: 2/23/05

Hearing on Summary Judgment or Pretrial Conference: 3/10/05 at 2:00 p.m.

Case to be referred to Mediation program: Fall, 2005

                  By the Court,

                  /s/ Robert C. Alba
                  Deputy Clerk