UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| RENAISSANCE WORLDWIDE, INC. <br><br> Plaintiff, <br><br> v. <br><br> CEDAR ENTERPRISE SOLUTIONS, INC. <br><br> Defendant. | Civil Action No. 04-11047 PBS |
| CEDAR ENTERPRISE SOLUTIONS, INC. <br><br> and <br><br> CEDAR USA HOLDINGS, INC. <br><br> Counterclaim Plaintiffs <br><br> v. <br><br> RENAISSANCE WORLDWIDE, INC. <br><br> Counterclaim Defendant. | |

**CORRECTED MOTION FOR LEAVE TO ADMIT
MATTHEW A. ANZALDI *PRO HAC VICE***

On August 4, 2004, counsel for defendant and counterclaim plaintiff Cedar Enterprise Solutions, Inc. filed a Motion For Leave To Admit Matthew A. Anzaldi *Pro Hac Vice*. That motion was allowed by the Court on August 9, 2004. By the present Motion, the defendant and counterclaim plaintiffs merely seek to clarify that Mr. Anzaldi is counsel for both Cedar Enterprise Solutions, Inc. and counterclaim plaintiff Cedar USA Holdings, Inc.

ID # 403226v01/14085-2/ 08.12.2004

Accordingly, in accordance with Rule 3.5.3(b), Jon C. Cowen, a member of the Bar of Massachusetts, respectfully moves for the admission *pro hac vice* of Matthew A. Anzaldi of the law firm of Shaw Pittman LLP, 2300 North Street NW, Washington, DC 20037, to appear and practice in this Court for this case as counsel for counterclaim plaintiff Cedar USA Holdings, Inc. In support hereof, reference is made to the previously allowed Motion For Leave To Admit Matthew A. Anzaldi *Pro Hac Vice* and the accompanying Certificate of Mr. Anzaldi.  Payment of the Fifty ($50.00) Dollar admission fee has previously been submitted to the Clerk of the Court.

DATED:     August 12, 2004

                          CEDAR ENTERPRISE SOLUTIONS, INC.
                          and CEDAR USA HOLDINGS, INC.
                          By Their Counsel,

                          s/ Jon C. Cowen_____
                          Dustin F. Hecker, BBO 549171
                          Jon C. Cowen, BBO 552961
                          POSTERNAK BLANKSTEIN & LUND LLP
                          The Prudential Tower
                          800 Boylston Street
                          Boston, Massachusetts  02199-8004
                          (617) 973-6131 (tel.)
                          (617) 722-4927 (fax)

Of Counsel:

Deborah B. Baum
Matthew A. Anzaldi
Grace Shie
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000 (tel.)
(202) 663-8007 (fax)

ID # 403226v01/14085-2/ 08.12.2004

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of August, 2004, the foregoing Corrected Motion For Leave To Admit Matthew A. Anzaldi *Pro Hac Vice* was served by first class mail, postage prepaid, on the following counsel of record:

Lewis J. Cohn, Esq.
Michael H. Theodore, Esq.
25 Burlington Mall Road, 6th Floor
Burlington, Massachusetts 01803
*Counsel for Renaissance Worldwide, Inc.*

Matthew A. Anzaldi, Esq.
Shaw Pittman, LLP
2300 N Street, N.W.
Washington, DC 20037-1138

                                        s/ Jon C. Cowen
                                        Jon C. Cowen