IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| RENAISSANCE WORLDWIDE, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CEDAR ENTERPRISE SOLUTIONS, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-cv-11047 |
| CEDAR ENTERPRISE SOLUTIONS, INC. ) <br> ) <br> and ) <br> ) <br> CEDAR USA HOLDINGS, INC. ) <br> ) <br> Counterclaim Plaintiffs ) <br> ) <br> v. ) <br> ) <br> RENAISSANCE WORLDWIDE, INC. ) <br> ) <br> Counterclaim Defendant. ) <br> ) | Civil Action No. 04-cv-11047 |

**LOCAL RULE 16.1(d)(3) CERTIFICATION OF
DEFENDANT AND COUNTERCLAIM PLAINTIFFS**

Pursuant Local Rule 16.1(d)(3), counsel for Defendant/Counterclaim Plaintiff Cedar Enterprise Solutions, Inc. ("CESI") and Counterclaim Plaintiff Cedar USA Holdings, Inc. ("Cedar USA"), hereby certifies CESI, Cedar USA, and their counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of

litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATED:   August 9, 2004

CEDAR ENTERPRISE SOLUTIONS, INC.
and CEDAR USA HOLDINGS, INC.
By Counsel

_____
Deborah B. Baum
Matthew A. Anzaldi
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000 (tel.)
(202) 663-8007 (fax)

Dustin F. Hecker
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
(617) 973-6131 (tel.)
(617) 722-4927 (fax)

Counsel for CESI and Cedar USA

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2004, the foregoing "Local Rule 16.1(d)(3) Certification of Defendant and Counterclaim Plaintiffs " was served by hand on the following counsel of record:

> Lewis J. Cohn, Esq.
> Michael H. Theodore, Esq.
> 25 Burlington Mall Road, 6th Floor
> Burlington, Massachusetts 01803
> (781) 494-0200
> (781) 494-0208 (fax)
> *Counsel for Renaissance Worldwide, Inc.*

_____
Matthew A. Anzaldi

Document #: 1421938 v.1