UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*********************************************
                                              *
RENAISSANCE WORLDWIDE, INC.                   *
         Plaintiff                            *
                                              * Civil Action No. 04-CV-11047 PBS
VS.                                           *
                                              *
CEDAR ENTERPRISE SOLUTIONS, INC.              *
f/k/a THE HUNTER GROUP, INC.                  *
         Defendant                            *
*********************************************
                                              *
CEDAR ENTERPRISE SOLUTIONS, INC.              *
                                              *
and                                           *
                                              *
CEDAR USA HOLDINGS, INC.                      *
         Counterclaim Plaintiffs              *
                                              *
VS.                                           *
                                              *
                                              *
RENAISSANCE WORLDWIDE, INC.                   *
         Counterclaim Defendant               *
                                              *
*********************************************

## PLAINTIFF'S LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts, the Plaintiff, Renaissance Worldwide, Inc., hereby certifies that it has conferred with its counsel with a view toward establishing a budget for the costs of conducting the full course and various alternative courses of litigation, and to consider the resolution of the litigation

through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                                           RENAISSANCE WORLDWIDE, INC.
By its Attorneys,

_____
Michael H. Theodore, Esq. BBO#565098
Lewis J. Cohn, Esq. BBO#553803
Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781) 494-0200

## CERTIFICATE OF SERVICE

I, Michael H. Theodore, Esquire, hereby certify that on this // day of /August/, 2004, I caused to be served a true and accurate copy of the foregoing Certification by first class mail, postage prepaid, upon the following:

Dustin Hecker, Esq.
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199

_____
Michael H. Theodore