UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RENAISSANCE WORLDWIDE, INC.,
        Plaintiff,

v.

CEDAR ENTERPRISE SOLUTIONS, INC.,
        Defendant.

CIVIL ACTION
04-CV-11047-PBS

NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been scheduled for a MEDIATION with principals present at 10:00 a.m. on Wednesday, November 3, 2004 before Magistrate Judge Dein in Courtroom 15 on the fifth floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA 02201. A Confidential Memorandum, addressing each party's position on the merits of the case and on settlement, shall be faxed five business days prior to the Mediation to Magistrate Judge Dein's chambers at (617) 748-4585.

By: /s/ Barbara Clarke
Barbara Clarke (617) 748-9275
(Available Only Tuesday, Wednesday and Thursday)

To: ALL COUNSEL OF RECORD
September 28, 2004