UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**************************************************
                                                  *
RENAISSANCE WORLDWIDE, INC.                       *
              Plaintiff                           *
                                                  *
      v.                                          *
                                                  *
CEDAR ENTERPRISE SOLUTIONS, INC.                  *
f/k/a THE HUNTER GROUP, INC.                      *
              Defendant                           *
                                                  *
                                                  *   C.A. NO. 04-CV-11047
**************************************************
                                                  *
CEDAR ENTERPRISE SOLUTIONS, INC.                  *
                                                  *
      and                                         *
                                                  *
CEDAR USA HOLDINGS                                *
        Counterclaim Plaintiffs                   *
                                                  *
      v.                                          *
                                                  *
RENAISSANCE WORLDWIDE, INC.                       *
        Counterclaim Defendant                    *
                                                  *
**************************************************
```

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Rule 15 (a) the Federal Rules of Civil Procedure, the Plaintiff, Renaissance Worldwide, Inc. ("Renaissance"), requests leave of this Court to amend its Complaint in the form filed concurrently herewith as **Exhibit "A"**, in order to add as defendants Cedar USA Holdings, Inc. and Cedar Group Plc (the "Added Defendants") and to assert against the Added Defendants a claim for indemnification for damages incurred by Renaissance totaling $426,320.45, resulting from the execution of a certain Stock Purchase Agreement and Transition

Services Contract, the breach of which form the basis of Renaissance's claims in this action. Copies of the Stock Purchase Agreement and Transition Services Contract are annexed to the First Amended Complaint as Exhibits A and B, respectively.

As grounds for its Motion, Renaissance states that it commenced this action on April 5, 2004, against Cedar Enterprise Solutions, Inc., for breach of the Transition Services Contract arising out of the Stock Purchase Agreement. Since the commencement of this action, Renaissance has settled claims brought against Renaissance by Coal Pension Properties Limited ("Coal"), the landlord of certain office space located at 33 Cavendish Square, London, England. Pursuant to such settlement, Renaissance paid to Coal the sum of $348,706.23, and in connection with which matter Renaissance incurred legal fees in the sum of $77,614.22.

Cedar Enterprise Solutions, Inc., pursuant to the Stock Purchase Agreement, is obligated, but failed, to make the sublease rental payments in connection with the office space owned by Coal. As a result of Cedar's acts and omissions, Coal has asserted claims against Renaissance. Pursuant to, among other provisions, Sections 8.2 and 8.4 of the Stock Purchase Agreement, the Added Defendants are obligated to indemnify Renaissance for its settlement payment made to Coal.

Renaissance maintains that it should be granted leave to amend it Complaint in the interest of justice and equity to allow Renaissance to present all of its claims against the Added Defendants arising out of the Stock Purchase Agreement and the Transition Services Contract, the very agreements which form the basis of this law suit, and which are not otherwise barred by any applicable statute of limitations. Renaissance has amended its Complaint in a timely manner upon the consummation of its Settlement Agreement with Coal, and after the requisite notice of claims for indemnification was provided by Renaissance to the Defendants. (See

Notices attached as part of **Exhibit "D"** to the First Amended Complaint.)

Further, the Defendants are not prejudiced by the amendment, as the parties have not yet concluded the production of their first sets of discovery, the Court only recently concluded its Scheduling Conference, the matter is likely to be scheduled before a mediator in November, and Renaissance's amendment is consistent with the deadline for amending pleadings pursuant to the parties' Joint Report on Discovery Plan.

**WHEREFORE**, the Plaintiff, Renaissance Worldwide, Inc., prays:

1. That this Honorable Court grant it leave to file its First Amended Complaint; and

2. To enter such other relief as this Honorable Court deems just and equitable.

Respectfully submitted,
RENAISSANCE WORLDWIDE, INC.

By its attorneys,
Cohn & Dussi, LLC,

Date: 9/22/04

Lewis J. Cohn, Esq. BBO#553803
Michael H. Theodore, Esq., BBO#565098
25 Burlington Mall Rd, 6th Floor
Burlington, MA 01803
(781) 494-0200

## CERTIFICATE OF SERVICE

I, Michael H. Theodore, hereby certify that on this 22nd day of SEPTEMBER, 2004, I served by first class mail, postage pre-paid, upon counsel of record a true and accurate copy of the foregoing Motion:

Michael H. Theodore