UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
***************************************************
                                                *
RENAISSANCE WORLDWIDE, INC.                     *
                Plaintiff                       *
                                                *
            v.                                  *
                                                *
CEDAR ENTERPRISE SOLUTIONS, INC.                *
f/k/a THE HUNTER GROUP, INC.,                   *
CEDAR USA HOLDINGS, INC. and                    *
CEDAR GROUP, Plc                                *
                Defendants                      *
                                                *
                                                *   C.A. NO. 04-CV-11047
***************************************************
                                                *
CEDAR ENTERPRISE SOLUTIONS, INC.                *
                                                *
            and                                 *
                                                *
CEDAR USA HOLDINGS                              *
                Counterclaim Plaintiffs         *
                                                *
            v.                                  *
                                                *
RENAISSANCE WORLDWIDE, INC.                     *
                Counterclaim Defendant          *
                                                *
                                                *
***************************************************
```

## PLAINTIFF'S FIRST AMENDED COMPLAINT

### PARTIES

1. The Plaintiff, Renaissance Worldwide, Inc. ("Renaissance"), is a corporation duly organized by law with a usual place of business of 711 Boylston Street, Boston, Massachusetts.

2. The Defendant, Cedar Enterprise Solutions, Inc. f/k/a The Hunter Group, is a Delaware

corporation with a usual place of business at 100 E. Pratt Street, Suite 1600, Baltimore, Maryland.

3. The Defendant, Cedar USA Holdings, Inc., is a Delaware corporation with a usual place of business of 100 E. Pratt Street, Suite 1600, Baltimore, Maryland.

4. The Defendant, Cedar Group Plc, is a corporation organized under the laws of the United Kingdom with a usual place of business at 78 Portsmouth Road, Cobham, Surrey KT11 1HY, United Kingdom.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

5. On or about September 20, 2000, Renaissance entered into a Stock Purchase Agreement with, among others, Cedar USA Holdings, Inc. and Cedar Group, Plc, whereby Renaissance sold to Cedar USA Holdings, Inc. certain stock held by Renaissance in, among other entities, Renaissance Worldwide Limited ("RWL") and The Hunter Group, Inc. ("Hunter Group") (Collectively "the Shares"), a Maryland corporation, for the total sum of Seventy Two Million Dollars ($72,000,000). A copy of the Stock Purchase Agreement is annexed hereto as **Exhibit "A."**

6. In connection with Cedar's USA Holdings, Inc.'s acquisition of the Shares from Renaissance, on or about October 20, 2000, Renaissance and the Hunter Group entered into a Transition Services Contract pursuant to which the Hunter Group, among other things, leased certain office space and equipment from Renaissance at facilities located in Atlanta, New York City, and Chicago. A copy of the Transition Services Contract is annexed hereto as **Exhibit "B."**

## CAUSES OF ACTION

### COUNT I

**(V. Cedar Enterprise Solutions, Inc. FOR BREACH OF CONTRACT)**

7. Renaissance re-avers, re-alleges and specifically incorporates herein by reference the allegations contained in paragraphs 1 through 6 above as if they were set forth herein.

8. The Hunter Group, now known as Cedar Enterprise Solutions, Inc., defaulted pursuant to the Transition Services Contract by, among other things, its failure to make the required office and equipment lease payments to Renaissance as and when due thereunder.

9. As a result of its default, Cedar Enterprise Solutions, Inc. owes Renaissance the total sum of $2,812,486.77, plus thereafter accruing interest and costs, including attorneys' fees.

## COUNT II

**(V. Cedar Enterprise Solutions, Inc. FOR ACCOUNT ANNEXED)**

10. Renaissance re-avers, re-alleges and specifically incorporates herein by reference the allegations contained in paragraphs 1 through 9 above as if they were set forth herein.

11. Pursuant to the account annexed hereto as **Exhibit "C"**, Cedar Enterprise Solutions, Inc. owes Renaissance the sum of $2,812,486.77, plus interest and costs, including attorneys' fees.

## COUNT III

**(V. Cedar USA Holdings, Inc. FOR INDEMNIFICATION)**

12. Renaissance re-avers, re-alleges and specifically incorporates herein by reference the allegations contained in paragraphs 1 through 11 above as if they were set forth herein.

13. In or around October, 1999, RWL became obligated to Coal Pension Properties Limited ("Coal") pursuant to a lease of the premises located at 33 Cavendish Square, London, England (the "London Lease").

14. Renaissance guaranteed the obligations of RWL to Coal pursuant to the London Lease.

15. RWL defaulted under the London Lease, as a result of which Coal has asserted claims against Renaissance.

16. Renaissance and Coal have settled Coal's claims, as a result of which Renaissance paid to Coal the sum of $348,706.23, and pursuant to which Renaissance incurred legal fees in the sum of $77,614.22. A copy of the Settlement Agreement and corresponding notices is annexed hereto as **Exhibit D**.

17. Pursuant to, among other provisions, Sections 8.2 and 8.4 of the Stock Purchase Agreement, Cedar USA Holdings, Inc. is obligated to indemnify Renaissance for the damages incurred by Renaissance related to the claims asserted by Coal.

18. Accordingly, Cedar USA Holdings, Inc. owes Renaissance the sum of $426,320.45, plus interest and costs, including reasonable attorneys' fees.

## COUNT IV

### (V. CEDAR GROUP, Plc. FOR INDEMNIFICATION)

19. Renaissance re-avers, re-alleges and specifically incorporates herein by reference the allegations contained in paragraphs 1 through 18 above as if they were set forth herein.

20. In or around October, 1999, RWL became obligated to Coal Pension Properties Limited ("Coal") under a lease of the premises located at 33 Cavendish Square, London, England (the "London Lease").

21. Renaissance guarantied the obligations of RWL to Coal pursuant to the London Lease.

22. RWL defaulted under the London Lease, as a result of which Coal has asserted claims against Renaissance.

23. Renaissance and Coal have settled Coal's claims, as a result of which Renaissance paid to Coal the sum of $348,706.23, and pursuant to which Renaissance also incurred legal fees

        in the sum of $77,614.22. A copy of the Settlement Agreement and corresponding notices is annexed hereto as **Exhibit D**.

24.    Pursuant to, among other provisions, Sections 8.2 and 8.4 of the Stock Purchase Agreement, Cedar Group, Plc is obligated to indemnify Renaissance for the damages incurred by Renaissance related to the claims asserted by Coal.

25.    Accordingly, Cedar Group, Plc owes Renaissance the sum of $426,320.45, plus interest and costs, including reasonable attorneys' fees.

**WHEREFORE**, the Plaintiff, Renaissance Worldwide, Inc., prays:

1.    That this Honorable Court enter Judgment in its favor and against the Defendant, Cedar Enterprise Solutions, Inc., pursuant to Counts I and II, in the sum of $2,812,486.77, plus thereafter accruing interest and costs;

2.    That this Honorable Court enter Judgment in its favor and against the Defendant, Cedar USA Holdings, Inc., pursuant to Count III, in the sum of $426,320.45, plus thereafter accruing interest and costs;

3.    That this Honorable Court enter Judgment in its favor and against the Defendant, Cedar Group, Plc, pursuant to Count IV, in the sum of $426,320.45, plus thereafter accruing interest and costs; and

4.      For such other relief as this Honorable Court deems just and equitable.

Respectfully submitted,
RENAISSANCE WORLDWIDE, INC.

By its attorneys,
Cohn & Dussi, LLC,

Date: 9/22/04

Lewis J. Cohn, Esq.  BBO#553803
Michael H. Theodore, Esq., BBO#565098
25 Burlington Mall Rd, 6th Floor
Burlington, MA 01803
(781) 494-0200

CERTIFICATE OF SERVICE

I, Michael H. Theodore, certify that on this 22nd day of September, 2004, I served upon counsel of record, by first class mail, postage prepaid, a true and accurate copy of the foregoing Amended Complaint.

_____