**Exhibit C**

| Due fm/(to) Cedar (Hunter Group) | | | 90-81-909-1172 | |
|---|---|---|---|---|
| 12/31/01 | Balance Forward 2001 | | 969,870.09 | Please see Rollforward Sheet for Details |
| 03/28/02 | Cedar(Hunter Group) pmt | (127,064.64) | | |
| | Balance Forward | | 842,805.45 | |

2002 & 2003 Charges Due:

| | | |
|---|---|---|
| Piedmont Center | 639,270.61 | Lease Obligation (net 2002 payments) |
| G E Capital | 144,044.63 | Furniture Lease Obligation |
| A. Walecka & Son Inc | 2,276.13 | Furniture Storage |
| Fleet Capital | 23,848.65 | Lease Obligation |
| Comdisco | 194,274.42 | Lease Obligation |
| 8420 West Bryn Mar | 965,966.88 | Lease Obligation |

| Total Due From Cedar: | 2,812,486.77 |
|---|---|

Renaissance Worldwide, Inc.
Due From The Hunter Group
For the Year Ending December 29, 2001
A/C# 158000 (GL100/GL110)

| Description | Total | |
|---|---:|---|
| 300 Montgomery Associates | 0.00 | |
| [illegible] | [illegible] | Balance paid in March 2002 |
| A. Walekca and Sons Inc. | 0.00 | |
| Bank Boston Stock Option Trades | (752.38) | |
| Benefits Concept- FSA | 4,273.03 | |
| Bryn Mawr Associates | [illegible] | Balance paid in March 2002 |
| Comdisco | 181,097.80 | |
| Federal Express | 429.01 | |
| Fifth Third Leasing Co | 141,803.51 | |
| Fleet Capital Leasing | 134,392.81 | |
| G.E. Capital | 52,191.23 | |
| Genuity | 43,726.32 | |
| MCI | 25,680.50 | |
| Piedmont Center [illegible] | [illegible] | Balance (thru 03/02) paid in March 2002 |
| Sharp Capital Services Company | (1,937.14) | |
| Sharp Electronics Corp | 1,498.45 | |
| **Grand Total** | **969,870.09** | |

**Due fm/(to) Cedar (Hunter Group)**                                    90-81-909-1172

| Date | Description | Debit | Credit | Balance | Note |
|---|---|---:|---:|---:|---|
| 12/31/01 | Balance Forward for Piedmont Center ONLY | | | 260,402.31 | |
| 03/28/02 | Cedar(Hunter Group) | | (382,087.35) | | |
| | Balance Forward | | | (121,685.04) | |
| 03/31/02 | Piedmont Center | 40,561.88 | | | Rent-Jan |
| 03/31/02 | Piedmont Center | 40,561.88 | | | Rent-Feb |
| 03/31/02 | Piedmont Center | 40,561.88 | | | Rent-Mar |
| 04/01/02 | Piedmont Center | 40,561.88 | | | Apr |
| 04/18/02 | Cedar(Hunter Group) | | (40,561.88) | | |
| 05/03/02 | Cedar(Hunter Group) | | (40,561.88) | | |
| 05/06/02 | Piedmont Center | 40,561.88 | | | May |
| 06/01/02 | Piedmont Center | 40,561.88 | | | Jun |
| 06/13/02 | Cedar(Hunter Group) | | (40,561.88) | | |
| 07/01/02 | Piedmont Center | 40,985.70 | | | Jul |
| 07/24/02 | Cedar(Hunter Group) | | (40,985.70) | | |
| 08/01/02 | Piedmont Center | 40,561.88 | | | Aug |
| 08/01/02 | Cedar(Hunter Group) | 243.81 | | | Past Due Amount |
| 08/15/02 | Cedar(Hunter Group) | | (40,805.69) | | |
| 09/01/02 | Piedmont Center | 40,561.88 | | | Sep |
| 09/01/02 | Cedar(Hunter Group) | 7,546.26 | | | Past Utilities |
| 09/30/02 | Cedar(Hunter Group) | | (48,108.14) | | |
| 10/01/02 | Piedmont Center | 43,122.88 | | | Oct |
| 10/17/02 | Cedar(Hunter Group) | | (43,122.88) | | |
| 11/01/02 | Piedmont Center | 41,842.38 | | | Nov |
| 11/01/02 | Cedar(Hunter Group) | 1,414.55 | | | Add'l |
| 11/15/02 | Cedar(Hunter Group) | | (43,256.93) | | |
| 12/01/02 | December Rent | 42,117.58 | | | |
| 12/13/02 | Cedar(Hunter Group) | | (42,117.58) | | |
| 01/02/03 | January Rent | 41,842.38 | | | |
| 01/02/03 | November CAM | 252.47 | | | |
| 02/01/03 | February Rent | 43,375.35 | | | |
| 03/01/03 | March Rent | 42,064.72 | | | |
| 03/01/03 | March Late Fees | 1,913.48 | | | |
| 04/01/03 | April Rent | 43,944.59 | | | |
| 05/01/03 | May | 42,839.48 | | | |
| 05/31/03 | June | 41,425.53 | | | |
| 07/01/03 | July | 41,255.82 | | | |
| 08/01/03 | August | 42,570.33 | | | |
| 09/01/03 | Sept | 42,558.74 | | | |
| 10/01/03 | Oct | 41,916.70 | | | |
| 11/01/03 | Nov | 41,907.28 | | | |
| 12/01/03 | December Rent | 41,912.25 | | | |
| 01/01/04 | January Rent | 41,907.28 | | | |
| 02/01/04 | February Rent | 41,907.28 | | | |
| 03/01/04 | March Rent | 41,907.28 | | | |
| 04/01/04 | April Rent | 41,907.28 | | | |
| 05/01/04 | May | 41,907.28 | | | |
| 05/01/04 | Lease termination fee | 180,356.80 | | | |
| | Past Due Rent | 1,401,440.52 | (762,169.91) | 639,270.61 | |

Cedar Overdue Charges.xls

| Due fm/(to) Cedar (Hunter Group) | | | 90-81-909-1172 |
|---|---:|---:|---|
| 01/07/02 G E Capital | 610.47 | | |
| 01/25/02 G E Capital | 477.73 | | |
| 01/31/02 G E Capital | 3,789.09 | | |
| 02/05/02 G E Capital | 610.47 | | |
| 02/12/02 G E Capital | 3,789.09 | | |
| 02/22/02 G E Capital | 294.21 | | Property Tax |
| 02/28/02 G E Capital | 477.73 | | |
| 03/27/02 G E Capital | 3,789.09 | | |
| 03/31/02 G E Capital | 610.47 | | |
| 03/31/02 G E Capital | 477.73 | | |
| 04/29/02 G E Capital | 3,789.09 | | |
| 04/30/02 G E Capital | 610.47 | | |
| 04/30/02 G E Capital | 477.73 | | |
| 05/21/02 G E Capital | 3,789.09 | | |
| 05/31/02 G E Capital | 610.47 | | |
| 05/31/02 G E Capital | 477.73 | | |
| 06/21/02 G E Capital | | (294.21) | |
| 06/27/02 G E Capital | 3,789.09 | | |
| 06/30/02 G E Capital | 610.47 | | |
| 06/30/02 G E Capital | 477.73 | | |
| 07/17/02 G E Capital | 3,074.92 | | |
| 07/31/02 G E Capital | 610.47 | | |
| 07/31/02 G E Capital | 477.73 | | |
| 08/27/02 G E Capital | 3,789.09 | | |
| 08/27/02 G E Capital | 3,789.09 | | |
| 08/31/02 G E Capital | 610.47 | | |
| 08/31/02 G E Capital | 477.73 | | |
| 09/16/02 G E Capital | 6,936.28 | | 1999 MD Property Tax |
| 09/25/02 G E Capital | 3,789.09 | | |
| 09/30/02 G E Capital | 610.47 | | |
| 09/30/02 G E Capital | 477.73 | | |
| 10/23/02 G E Capital | 3,789.09 | | |
| 10/31/02 G E Capital | 610.47 | | |
| 10/31/02 G E Capital | 477.73 | | |
| 11/27/02 G E Capital | 3,789.09 | | |
| 11/30/02 G E Capital | 610.47 | | |
| 11/30/02 G E Capital | 477.73 | | |
| 12/19/02 G E Capital | 220.09 | | |
| 12/31/02 G E Capital | 610.47 | | |
| 12/31/02 G E Capital | 477.73 | | |
| 12/31/02 G E Capital | 3,789.09 | | |
| 12/31/02 G E Capital-Buy out | 8,877.30 | | Schedule 4092312-005-Paid but never Charged to Cedar |
| 01/22/03 G E Capital | 3,789.09 | | |
| 01/31/03 G E Capital | 610.47 | | |
| 02/28/03 G E Capital | 610.47 | | |
| 03/14/03 G E Capital | 3,789.09 | | |
| 03/17/03 G E Capital | 3,789.09 | | |
| 03/31/03 G E Capital | 610.47 | | |
| 04/21/03 G E Capital | 3,789.09 | | |
| 04/30/03 G E Capital | 610.47 | | |
| 05/29/03 G E Capital | 3,789.09 | | |
| 05/31/03 G E Capital | 610.47 | | |
| 06/30/03 G E Capital | 749.62 | | Property Tax |
| 06/30/03 G E Capital | 610.47 | | |
| 07/24/03 G E Capital-Buy out | 32,813.71 | | Schedule 1472-002 |
| 07/31/03 G E Capital | 610.47 | | |
| 08/31/03 G E Capital | 610.47 | | |
| 09/30/03 G E Capital | 610.47 | | |
| 10/31/03 G E Capital | 610.47 | | |
| 10/31/03 G E Capital-Buy out | 7,795.08 | | Schedule 4092312-004 |
| | 144,338.84 | (294.21) | 144,044.63 |

| Due fm/(to) Cedar (Hunter Group) | | 90-81-909-1172 |
|---|---:|---|
| 04/30/02 A. Walecka & Son Inc | 476.13 | Storage |
| 06/21/02 A. Walecka & Son Inc | 476.13 | |
| 07/15/02 A. Walecka & Son Inc | 120.00 | |
| 07/31/02 A. Walecka & Son Inc | 120.00 | |
| 10/31/02 A. Walecka & Son Inc | 3.87 | |
| 11/30/02 A. Walecka & Son Inc | 123.87 | |
| 12/19/02 A. Walecka & Son Inc | 120.00 | |
| 01/31/03 A. Walecka & Son Inc | 116.13 | |
| 02/26/03 A. Walecka & Son Inc | 120.00 | |
| 03/20/03 A. Walecka & Son Inc | 120.00 | |
| 04/21/03 A. Walecka & Son Inc | 120.00 | |
| 05/23/03 A. Walecka & Son Inc | 120.00 | |
| 06/18/03 A. Walecka & Son Inc | 120.00 | |
| 07/15/03 A. Walecka & Son Inc | 120.00 | |

| Past Due Storage | 2,276.13 |
|---|---:|

Fee is for storage of Cedar Furniture

**Due fm/(to) Cedar (Hunter Group)**     90-81-909-1172

| | | | |
|---|---|---:|---|
| 03/31/02 | Comdisco | 57,139.42 | Missing Equip Charge |
| 09/24/02 | Comdisco | 1,487.43 | 2002 Property Tax |
| 07/01/02 | Comdisco | 135,647.57 | Lease Buyout Charge |
| | | **194,274.42** | |

In accordance with Exibit E of the Transition Services Contract:
Statement of Work II - Leased Office Spaces
Description of Services
**Location: 8420 West Bryn Mar, 60631**
**Expiration Date: September 31, 2007**

| | |
|---|---|
| 2002 Obligation | 167,994.24 |
| 2003 Obligation | 167,994.24 |
| 2004 Obligation | 167,994.24 |
| 2005 Obligation | 167,994.24 |
| 2006 Obligation | 167,994.24 |
| 2007 Obligation | 125,995.68 |
| | **965,966.88** |
| 9% Interest 7.25% | 14,490.50 |

$9,696.22=Base monthly rent
$4304.30=Monthly CAM and Operating Expenses

Cedar Overdue Charges.xls

| Due fm/(to) Cedar (Hunter Group) | | 90-81-909-1172 |
|---|---|---|
| 03/31/02 Fleet-Cap Charge | 9,527.99 | Jan |
| 03/31/02 Fleet-Cap Charge | 9,527.99 | Feb |
| 03/31/02 Fleet-Buy-out Charge | 4,792.67 | |
| | **23,848.65** | |