Exhibit D

14 May 2004

**RENAISSANCE WORLDWIDE, INC**

**AQUENT, INC**

and

**COAL PENSION PROPERTIES LIMITED**

---

**SETTLEMENT AGREEMENT**

---

HALE AND DORR LLP

Alder Castle
10 Noble Street
London EC2V 7QJ
Tel:   +44 (0)20 7645 2400
Fax:   +44 (0)20 7645 2424
Ref: 0100404\00146

"**Associated Company**" means any undertaking which is a subsidiary undertaking or holding company of Aquent or a subsidiary undertaking of such holding company, and "subsidiary undertaking" and "holding company" shall have the meanings attributed to them in the Companies Act 1985.

"**Guarantee**" means the guarantee provided by RWI under the terms of, and in connection with, the Lease.

3. The terms of this agreement and the negotiations relating thereto are strictly confidential and no disclosure relating to this agreement or such negotiations shall be made or issued by or on behalf of any of the parties to this agreement to any third party (other than their respective professional advisers).

4. This agreement may be executed in any number of counterparts which, when taken together, shall form one and the same agreement.

5. This agreement shall be governed by, and construed in accordance with, English law.

**IN WITNESS WHEREOF** this agreement has been executed and delivered as a deed on the day set out above.

EXECUTED as a deed by )
RENAISSANCE WORLDWIDE, INC. )
acting by )
 )

..........................   ..........................

EXECUTED as a deed by )
AQUENT, INC. )
acting by )
 )

..........................   ..........................

EXECUTED as a deed by )
COAL PENSION PROPERTIES )
LIMITED acting by )
 )

.......................... Director

.......................... Director/Secretary/Authorised Sealing Officer


# CITIZENS BANK

## DEBIT CONFIRMATION

| | | | |
|---|---|---|---|
| Transaction reference number: | 040517002908 | Value Date: | 04/05/19 |
| Account number: | 1107834535 | | |
| Account name: | AQUENT INC<br>711 BOYLSTON STREET<br>BOSTON MA 02116-2618 | | |

Transaction Posting Time: 2004/05/17 11:54:34

Amount: 193,747.21     Currency: POUND STERLING

Debit Party Information:
D/1107834535/
AQUENT INC
711 BOYLSTON STREET
BOSTON MA 02116-2618

Credit Party Information:
F/00010146826GBP1/
ROYAL BANK OF SCOTLAND-RBOSGB2L
INT'L DIV RECON SECT
38 MOSLEY STREET MANCHESTER
ENGLAND M60

Beneficiary Bank Information:
S/LOYDGB2LCTY
LLOYDS TSB BANK PLC
FORMERLY LLOYDS BANK PLC
KENT
GILLINGHAM GB
W/R/

Beneficiary Party Information:
/1592608
COAL PENSION PROPERTIES LIMITED


= $348,706.23

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

July 16, 2004

**BY HAND**

Mr. Steven M. Kapner
Aquent LLC
711 Boylston Street
Boston, MA 02116

Jay E. Bothwick

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6526
+1 617 526 5000 fax
jay.bothwick@wilmerhale.com

    Re: Cedar

Dear Steve:

Attached are copies of the portions of our bills directly relating to the Cedar matters, including amounts paid by us as disbursements to outside counsel in the U.K.

| Date | Time | Disbursements |
|---|---|---|
| November 2003 | $ 671.50 | — |
| December 2003 | $ 11,861.50 | — |
| January 2004 | $ 20,527.27 | $ 7,265.10 |
| February 2004 | $ 14,027.00 | $ 19.27 |
| March 2004 | $ 10,720.00 | $ 1,931.68 |
| April 2004 | $ 5,217.00 | — |
| May 2004 | $ 5,143.00 | $ 0.90 |
| June 2004 | $ 230.00 | — |
|  | **$ 68,397.27** | **$ 9,216.95** |

Total fees and disbursements: $77,614.22

Mr. Steven M. Kapner
July 16, 2004
Page 2


Please note the January 2004 bill is only for work done in the United Kingdom. The February 2004 bill includes the January time for United States' based attorneys

Please let me know if you need a different presentation of these bills.

Very truly yours,

*Jay*

Jay E. Bothwick

JEB

Enclosures

# AQUENT

fax transmission

711 Boylston Street
Boston, MA 02116
617.535.5000 | fax 617.535.5004
aquent.com

To: Biddle (Solicitors)
At: +44 (0)20 7606 3305
Fax #: ~~+44 (20) 7606 3305~~

From: Steven Kapner
Date: 17 Dec 03
Time: 

5 pages including this cover sheet

Re: Cedar Group Plc
Cedar USA Holdings, Inc.

# AQUENT

fax transmission

711 Boylston Street
Boston, MA 02116
617.535.5000 | fax 617.535.5004
aquent.com

To: President + CEO
At: Cedar USA Holdings
Fax #: +44 (0) 1932 584001

From: Steven Kapner
Date: 17 Dec 03
Time: 

3 pages including this cover sheet

cc: Chief Legal Officer

# AQUENT

fax transmission

711 Boylston Street
Boston, MA 02116
617.535.5000 | fax 617.535.5004
aquent.com

To: **President + CEO**
At: **Cedar Group Plc**
Fax #: **+44 (0) 1932 584001**

From: **Steven M Kapner**
Date: **17 Dec 03**
Time: _____

**3** pages including this cover sheet

cc: Chief Legal Officer



Via Facsimile and Overnight Courier

December 17, 2003

Cedar Group Plc
Cedar House
78 Portsmouth Road
Cobham
Surrey KT11 1HY, United Kingdom
Telecopier: +44 (0) 1932 584001

Attn:   President and Chief Executive Officer

Re:   <u>Notice of Claim for Indemnification</u>

      Reference is made to that certain Stock Purchase Agreement dated as of September 20, 2000, by and among Cedar USA Holdings, Inc., Cedar Group Plc and Renaissance Worldwide, Inc. (the "Agreement").

      Pursuant to Sections 8.2 and 8.4 of the Agreement, this letter shall provide written notice that we intend to make a claim for indemnification under the Agreement against Cedar USA Holdings, Inc. and Cedar Group Plc. The claim arises out of the failure of Cedar Consulting Services Ltd. (formerly Renaissance Worldwide Ltd.), a subsidiary of Cedar USA Holdings, Inc. and Cedar Group Plc ("Subsidiary"), to pay rent under a lease relating to premises at 6th Floor, 33 Cavendish Square, London, W1, and a claim that has been made against us to make certain payments under such lease as the former parent of the Subsidiary.

      We reserve all rights that we have at law, in equity or under the Agreement, and nothing in this letter shall constitute a waiver or limitation of any such right.

Yours truly,

Steven M. Kapner,
Director
+1 617-535-5041
+1 617-535-5004 fax
skapner@rens.com



Via Facsimile and Overnight Courier

December 17, 2003

Cedar USA Holdings, Inc.
c/o Cedar Group Plc
Cedar House
78 Portsmouth Road
Cobham
Surrey KT11 1HY, United Kingdom
Telecopier: +44 (0) 1932 584001

Attn:  President and Chief Executive Officer

Re:  <u>Notice of Claim for Indemnification</u>

    Reference is made to that certain Stock Purchase Agreement dated as of September 20, 2000, by and among Cedar USA Holdings, Inc., Cedar Group Plc and Renaissance Worldwide, Inc. (the "Agreement").

    Pursuant to Sections 8.2 and 8.4 of the Agreement, this letter shall provide written notice that we intend to make a claim for indemnification under the Agreement against Cedar USA Holdings, Inc. and Cedar Group Plc. The claim arises out of the failure of Cedar Consulting Services Ltd. (formerly Renaissance Worldwide Ltd.), a subsidiary of Cedar USA Holdings, Inc. and Cedar Group Plc ("Subsidiary"), to pay rent under a lease relating to premises at 6th Floor, 33 Cavendish Square, London, W1, and a claim that has been made against us to make certain payments under such lease as the former parent of the Subsidiary.

    We reserve all rights that we have at law, in equity or under the Agreement, and nothing in this letter shall constitute a waiver or limitation of any such right.

Yours truly,

Steven M. Kapner,
Director
+1 617-535-5041
+1 617-535-5004 fax
skapner@rens.com

cc:    Chief Legal Officer, Cedar Group Plc

Biddle (Solicitors)
1 Gresham Street
78 Portsmouth Road
London EC2V 7BU, United Kingdom
Telecopier: +44 (20) 7606 3305

Cedar USA Holdings, Inc.
c/o Cedar Group Plc
Cedar House
78 Portsmouth Road
Cobham
Surrey KT11 1HY, United Kingdom
Telecopier: +44 (0) 1932 584001

cc:   Chief Legal Officer, Cedar USA Holdings, Inc.

   Biddle (Solicitors)
   1 Gresham Street
   78 Portsmouth Road
   London EC2V 7BU, United Kingdom
   Telecopier: +44 (20) 7606 3305

   Cedar Group Plc
   Cedar House
   78 Portsmouth Road
   Cobham
   Surrey KT11 1HY, United Kingdom
   Telecopier: +44 (0) 1932 584001