UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| RENAISSANCE WORLDWIDE, INC. ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> CEDAR ENTERPRISE SOLUTIONS, INC. ) <br> ) <br> Defendant/Counterclaim Plaintiff, ) <br> ) <br> and ) <br> ) <br> CEDAR USA HOLDINGS, INC. ) <br> ) <br> Counterclaim Plaintiff. ) <br> ) | Civil Action No.  04-CV-11047 PBS |

**ANSWER OF CEDAR ENTERPRISE SOLUTIONS, INC.
TO FIRST AMENDED COMPLAINT OF RENAISSANCE**

Defendant Cedar Enterprise Solutions, Inc. ("CESI"), by its undersigned counsel, as and for its Answer to the First Amended Complaint of Plaintiff Renaissance Worldwide, Inc. ("Renaissance"), answers as follows:

1. CESI lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the First Amended Complaint.

2. CESI admits that CESI was formerly named The Hunter Group, Inc., and that it has a usual place of business at 100 East Pratt Street, Suite 1600, Baltimore, Maryland, but denies the remaining allegations of Paragraph 2 of the First Amended Complaint.

3. CESI admits the allegations of Paragraph 3 of the First Amended Complaint.

4. CESI admits the allegations of Paragraph 4 of the First Amended Complaint.

5. CESI admits that a copy of the Stock Purchase Agreement (not including all schedules and exhibits) is annexed as Exhibit A to the First Amended Complaint, the terms of which speak for themselves. CESI denies the remaining allegations of Paragraph 5 of the First Amended Complaint to the extent they are inconsistent with the terms of the Stock Purchase Agreement.

6. CESI denies the allegations of Paragraph 6 of the First Amended Complaint, except to admit that The Hunter Group, Inc. entered into a Transition Services Contract and that a copy of the Transition Services Contract is annexed as Exhibit B to the First Amended Complaint, the terms of which speak for themselves.

7. CESI hereby incorporates by reference its responses to the allegations of Paragraphs 1 through 6 of the First Amended Complaint, as if set forth fully herein.

8. CESI denies the allegations of Paragraph 8 of the First Amended Complaint.

9. CESI denies the allegations of Paragraph 9 of the First Amended Complaint.

10. CESI hereby incorporates by reference its responses to the allegations of Paragraphs 1 through 9 of the First Amended Complaint, as if set forth fully herein.

11. CESI denies the allegations of Paragraph 11 of the First Amended Complaint.

12 – 18. No response is required to the allegations of Paragraphs 12 to 18 of the First Amended Complaint because they concern a claim against Cedar USA Holdings, Inc. ("Cedar

USA") alone, not CESI, and because they are subject to Cedar USA's motion to dismiss for failure to state a claim. To the extent a response is required, the allegations are denied.

19 – 25. No response is required to the allegations of Paragraphs 19 to 25 of the First Amended Complaint because they concern a claim against Cedar Group plc alone, not CESI, and because Cedar Group plc has not been served and made a party to the case. To the extent a response is required, the allegations are denied.

No response is required to the allegations contained in the Prayer for Relief. To the extent that a response is required, CESI denies that any relief sought by Plaintiff is warranted or appropriate, sustainable in fact, or available at law.

## FIRST DEFENSE

The First Amended Complaint fails to state any claim upon which relief can be granted.

## SECOND DEFENSE

The First Amended Complaint is barred by Plaintiff's breaches of contract

## THIRD DEFENSE

The First Amended Complaint is barred by the doctrine of set-off.

## FOURTH DEFENSE

The First Amended Complaint is barred by the doctrines of waiver and estoppel.

## FIFTH DEFENSE

Renaissance failed to mitigate its damages, if any.

## SIXTH DEFENSE

CESI reserves the right to include additional defenses to the First Amended Complaint as discovery progresses.

DATED:      November 2, 2004              CEDAR ENTERPRISE SOLUTIONS, INC.
                                          By Counsel


                                          s/Dustin F. Hecker
                                          Dustin F. Hecker
                                          POSTERNAK BLANKSTEIN
                                          & LUND LLP
                                          The Prudential Tower
                                          800 Boylston Street
                                          Boston, Massachusetts  02199-8004
                                          (617) 973-6131 (tel.)
                                          (617) 722-4927 (fax)

                                          Deborah B. Baum
                                          Matthew A. Anzaldi
                                          SHAW PITTMAN LLP
                                          2300 N Street, N.W.
                                          Washington, D.C. 20037-1128
                                          (202) 663-8000 (tel.)
                                          (202) 663-8007 (fax)

                                          Counsel for CESI