**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)**

| | |
|---|---|
| RENAISSANCE WORLDWIDE, INC. | ) <br> ) <br> ) |
| Plaintiff/Counterclaim Defendant, | ) <br> ) |
| v. | ) <br> ) |
| CEDAR ENTERPRISE SOLUTIONS, INC. | ) <br> )   Civil Action No.  04-CV-11047 PBS |
| Defendant/Counterclaim Plaintiff, | ) <br> ) |
| and | ) <br> ) |
| CEDAR USA HOLDINGS, INC | ) <br> ) |
| Defendant/Counterclaim Plaintiff. | ) <br> ) |

**MOTION OF CEDAR USA HOLDINGS, INC.
TO DISMISS COUNT III OF THE FIRST AMENDED
<u>COMPLAINT FOR FAILURE TO STATE A CLAIM</u>**

Defendant/Counterclaim Plaintiff Cedar USA Holdings, Inc. ("Cedar USA"), by counsel and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves this Court for an Order dismissing Count III of First Amended Complaint of Plaintiff/Counterclaim Defendant Renaissance Worldwide, Inc. ("Renaissance").  In Count III, Renaissance alleges that Cedar USA is obligated to indemnify it under the Stock Purchase Agreement for damages arising out of the alleged default on a London, U.K. office lease ("the London Lease").  These allegations fail to state a claim upon which relief may be granted because the plain language of the Stock Purchase Agreement creates no such indemnification obligation for Cedar USA.

Accordingly, for these reasons, more fully set forth in the accompanying Memorandum of Law, Count III should be dismissed as a matter of law.

DATED: November 2, 2004  CEDAR USA HOLDINGS, INC.
By Counsel

s/Dustin F. Hecker
Dustin F. Hecker
POSTERNAK BLANKSTEIN
& LUND LLP
The Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-8004
(617) 973-6131 (tel.)
(617) 722-4927 (fax)

Deborah B. Baum
Matthew A. Anzaldi
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000 (tel.)
(202) 663-8007 (fax)

Counsel for CESI and Cedar USA

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, after good faith efforts, the parties were unable to narrow the areas of disagreement described in this motion.

s/Dustin F. Hecker