UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RENAISSANCE WORLDWIDE, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CEDAR ENTERPRISE )<br>SOLUTIONS, INC., et al., )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 04-11047-PBS |

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE SARIS

[   ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On <u>  November 3, 2004  </u>, I held the following ADR proceeding:

        _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

        \_\_X\_\_ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

        _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[   ]   Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]   There was progress. A further conference has been scheduled for <u> December 14, 2004 at 10:00 A.M. </u>, unless the case is reported settled prior to that date.

[   ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[   ]   Suggested strategy to facilitate settlement:

_____

_____

                                                                              / s / Judith Gail Dein
                                                               Judith Gail Dein, U.S. Magistrate Judge
DATED: November 3, 2004                                        ADR Provider