IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

FILED
IN CLERKS OFFICE

2004 NOV -5 P 4: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RENAISSANCE WORLDWIDE, INC.<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>CEDAR ENTERPRISE SOLUTIONS, INC.<br><br>Defendant/Counterclaim Plaintiff,<br><br>and<br><br>CEDAR USA HOLDINGS, INC.<br><br>Counterclaim Plaintiff. | Civil Action No. 04-CV-11047 PBS |

## JOINT MOTION TO EXTEND CASE
## AND DISCOVERY RESPONSE DEADLINES

Plaintiff/Counterclaim Defendant Renaissance Worldwide, Inc. ("Renaissance") and Defendant/Counterclaim Plaintiffs Cedar Enterprise Solutions, Inc. ("CESI") and Cedar USA Holdings, Inc. ("Cedar USA"), by their counsel, respectfully move this Court for an order extending all case, motion response, and discovery response deadlines by 45 days to accommodate the parties' mediation efforts. The grounds for this joint motion are the following:

1. On November 3, 2004, the parties participated in a mediation hosted by Judge Judith Dein. Based on progress made at the mediation, the parties agreed to meet with Judge Dein again on December 13, 2004, and to make efforts to resolve specific outstanding issues in advance of the second mediation.

2. To accommodate their mediation efforts and avoid any unnecessary efforts on the part of the parties and the Court, the parties request that the Court extend all case, motion response, and discovery deadlines.

3. In the absence of a 45-day extension, the parties would have to engage is significant fact discovery during the period of mediation in order to meet the existing deadline for the completion of fact discovery (January 10, 2005). Renaissance also would be required to file a response the motion to dismiss filed by Cedar USA on November 2, 2004.

WHEREFORE, the parties respectfully request that this Court enter an Order extending all case, motion response, and discovery response deadlines by 45 days.

November 5, 2004

| CEDAR ENTERPRISE SOLUTIONS, INC. and CEDAR USA HOLDINGS, INC. By Counsel | RENAISSANCE WORLDWIDE, INC. By Counsel |
|---|---|
| /s/ Dustin F. Hecker | /s/ Michael Theodore |
| Dustin F. Hecker POSTERNAK BLANKSTEIN & LUND LLP The Prudential Tower 800 Boylston Street Boston, Massachusetts 02199-8004 (617) 973-6131 (tel.) (617) 722-4927 (fax) | Lewis J. Cohn, Esq. Michael H. Theodore, Esq. COHN & DUSSI, LLC 25 Burlington Mall Road, 6th Floor Burlington, Massachusetts 01803 (781) 494-0200 (781) 494-0208 (fax) |
| Deborah B. Baum Matthew A. Anzaldi SHAW PITTMAN LLP 2300 N Street, N.W. Washington, D.C. 20037-1128 (202) 663-8000 (tel.) (202) 663-8007 (fax) | *Counsel for Renaissance Worldwide, Inc.* |

*Counsel for Cedar Enterprise Solutions, Inc., and Cedar USA Holdings, Inc.*