UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                            \*
RENAISSANCE WORLDWIDE, INC.                 \*
              Plaintiff                     \*
                                            \* Civil Action No. 04-CV-11047 PBS
VS.                                         \*
                                            \*
CEDAR ENTERPRISE SOLUTIONS, INC.            \*
f/k/a THE HUNTER GROUP, INC.                \*
              Defendant                     \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                            \*
CEDAR ENTERPRISE SOLUTIONS, INC.            \*
                                            \*
and                                         \*
                                            \*
CEDAR USA HOLDINGS, INC.                    \*
              Counterclaim Plaintiffs       \*
                                            \*
VS.                                         \*
                                            \*
                                            \*
RENAISSANCE WORLDWIDE, INC.                 \*
              Counterclaim Defendant        \*
                                            \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF MICHAEL H. THEODORE

I, Michael H. Theodore, on oath, hereby states as follows:

1. I am an attorney in good standing and licensed to practice in all Courts of the Commonwealth of Massachusetts.

2. I was admitted to practice before the Commonwealth of Massachusetts in 1993.

3. I and the law firm of Cohn & Dussi, LLC represent the Plaintiff, Renaissance Worldwide, Inc. in connection with the above-referenced action.

4. I submit this Affidavit at the direction of Judge Bowler from the bench on October 28, 2004.

5. This Affidavit is not intended as a waiver of the attorney-client privilege with my client, except to the extent necessary to inform the Court of certain perceived discrepancies between the Plaintiff's Automatic Disclosures and the Plaintiff's Responses to the Defendants' First Request for Production of Documents and/or the Plaintiff's Opposition to the Defendants' Motion to Compel Production of Documents.

6. After the filing of the Complaint and Answer in this action, I informed our client as to the categories of information required to be disclosed pursuant to F.R.C.P. 26.

7. We further instructed our client to supply with us with the necessary information to complete the Plaintiff's Required Automatic Disclosures.

8. All the information contained in the Plaintiff's Automatic Disclosures, which was filed with the Court and served upon counsel of record, was supplied to us by our client.

9. We understood that the information supplied to us by our client, which, in turn, was submitted to the Court, to be truthful and accurate.

_/s/ Michael H. Theodore_
Michael H. Theodore, Esq. BBO#565098
Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781) 494-0200

## CERTIFICATE OF SERVICE

I, Michael H. Theodore, Esquire, hereby certify that on this 29th day of October, 2004, I caused to be served a true and accurate copy of the Affidavits of Counsel and the Plaintiff by fax upon the following:

Dustin Hecker, Esq.
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199

Michael H. Theodore