IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

FILED
Clerk's Office
USDC, Mass.
Date 12-13-04
By _____
Deputy Clerk

RENAISSANCE WORLDWIDE, INC.        )
                                   )
Plaintiff/Counterclaim Defendant,  )
                                   )
v.                                 )
                                   )
CEDAR ENTERPRISE SOLUTIONS, INC.   )
                                   )   Civil Action No. 04-CV-11047 PBS
Defendant/Counterclaim Plaintiff,  )
                                   )
and                                )
                                   )
CEDAR USA HOLDINGS, INC.           )
                                   )
Counterclaim Plaintiff.            )

## SECOND JOINT MOTION TO EXTEND CASE AND DISCOVERY RESPONSE DEADLINES

Plaintiff/Counterclaim Defendant Renaissance Worldwide, Inc. ("Renaissance") and Defendant/Counterclaim Plaintiffs Cedar Enterprise Solutions, Inc. ("CESI") and Cedar USA Holdings, Inc. ("Cedar USA"), by their counsel, respectfully move this Court for a second order extending all case, motion response, and discovery response deadlines by 45 days to accommodate the parties' mediation efforts. The grounds for this joint motion are the following:

1. Based on progress made at a November 3, 2004 mediation before Judge Judith Dein, the parties agreed to meet with Judge Dein again on December 14, 2004, and to make efforts to resolve specific outstanding issues in advance of the second mediation.

2. The parties have made efforts to resolve the specific outstanding issues in advance of the second mediation, but require limited additional time to resolve those issues. The parties, therefore, rescheduled their mediation for Thursday, January 6, 2005, with Judge Dein.

3. To accommodate their mediation efforts and avoid any unnecessary efforts on the part of the parties and the Court, the parties request for that the Court extend all case, motion response, and discovery deadlines by an additional 45 days.

4. In the absence of a 45-day extension, the parties would have to engage in significant fact discovery during the period of mediation in order to meet the existing deadline for the completion of fact discovery (February 24, 2005). Renaissance also would be required to file a response the motion to dismiss filed by Cedar USA on November 2, 2004.

WHEREFORE, the parties respectfully request that this Court enter an Order extending all case, motion response, and discovery response deadlines by an additional 45 days.

December 13, 2004

| | |
|---|---|
| CEDAR ENTERPRISE SOLUTIONS, INC.<br>and CEDAR USA HOLDINGS, INC.<br>By Counsel | RENAISSANCE WORLDWIDE, INC.<br>By Counsel |
| _____<br>Dustin F. Hecker<br>POSTERNAK BLANKSTEIN & LUND LLP<br>The Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-8004<br>(617) 973-6131 (tel.)<br>(617) 722-4927 (fax) | _____<br>Lewis J. Cohn, Esq.<br>Michael H. Theodore, Esq.<br>COHN & DUSSI, LLC<br>25 Burlington Mall Road, 6th Floor<br>Burlington, Massachusetts 01803<br>(781) 494-0200<br>(781) 494-0208 (fax) |
| Deborah B. Baum<br>Matthew A. Anzaldi<br>SHAW PITTMAN LLP<br>2300 N Street, N.W. | *Counsel for Renaissance Worldwide, Inc.* |

- 3 -

Washington, D.C. 20037-1128
(202) 663-8000 (tel.)
(202) 663-8007 (fax)

*Counsel for Cedar Enterprise Solutions, Inc.,
and Cedar USA Holdings, Inc.*

Dated: December 13, 2004