UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENAISSANCE WORLDWIDE, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CEDAR ENTERPRISE ) <br> SOLUTIONS, INC., et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 04-11047-PBS |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On   January 6, 2005  , I held the following ADR proceeding:

| | |
|---|---|
| _____ SCREENING CONFERENCE | _____ EARLY NEUTRAL EVALUATION |
| __X__ CONTINUED MEDIATION | _____ SUMMARY BENCH/JURY TRIAL |
| _____ MINI-TRIAL | _____ SETTLEMENT CONFERENCE |

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ ]   Settled.  Your clerk should enter a 30-day order of dismissal.

[ X ]   There was progress.  A further conference has been scheduled for   January 21, 2005 at 9:00 A.M.  , unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____
_____

/ s / Judith Gail Dein
Judith Gail Dein, U.S. Magistrate Judge
ADR Provider

DATED:  January 6, 2005