UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
RENAISSANCE WORLDWIDE, INC.,   )
                               )
         Plaintiff,            )
     v.                        )     CIVIL ACTION
                               )     NO. 04-11047-PBS
CEDAR ENTERPRISE               )
SOLUTIONS, INC., et al.,       )
                               )
         Defendants.           )
```

**REPORT RE: REFERENCE FOR
<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE SARIS

[   ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On     November 3, 2004 and January 6, 2005    , I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    \_\_\_X\_\_\_ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

A further conference was scheduled for January 21, 2005, but the case has:

[ X ]   Settled. Your clerk should enter a 30-day order of dismissal.

[   ]   There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[   ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[   ]   Suggested strategy to facilitate settlement:

_____
_____

                                                                            / s / Judith Gail Dein
                                                     Judith Gail Dein, U.S. Magistrate Judge
DATED: January 20, 2005                          ADR Provider