UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| RENAISSANCE WORLDWIDE, INC. * | |
|       Plaintiff * | |
| * | |
| v. * | |
| * | |
| CEDAR ENTERPRISE SOLUTIONS, INC. * | |
| f/k/a THE HUNTER GROUP, INC. * | |
|       Defendant * | |
| * | |
| * | C.A. NO. 04-CV-11047 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*
**CEDAR ENTERPRISE SOLUTIONS, INC.** *
*
      and *
*
**CEDAR USA HOLDINGS** *
      Counterclaim Plaintiffs *
*
v. *
*
**RENAISSANCE WORLDWIDE, INC.** *
      Counterclaim Defendant *
*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND TIME
### TO CONSUMMATE SETTLEMENT

The Plaintiff, Renaissance Worldwide. Inc. ("Renaissance"), requests this Court to extend the time period to consummate the settlement between the parties by an additional 30 days. As grounds for this Motion, Renaissance states on January 20, 2005, the Court entered a Settlement Order of Dismissal providing for the dismissal of the case, and further providing that the parties have 30 days to consummate the settlement of this action. Although the parties have reached a settlement, they have not yet consummated their settlement in full, and do not

anticipate fully consummating their settlement on or before the expiration of the 30 day period provided in the Settlement Order of Dismissal. Although the settlement is likely to be consummated sometime next week, Renaissance requests the extension of 30 days in an overabundance of caution.

The Defendants have indicated to the Plaintiff that they Assent to this Motion.

WHEREFORE, Renaissance, with the Assent of the Defendants, requests the Court to extend the time period for the parties to consummate their settlement pursuant to the Settlement Order of Dismissal by an additional thirty (30) days, and enter such other relief as is just and necessary.

Respectfully submitted,
RENAISSANCE WORLDWIDE, INC.

By its attorneys,
Cohn & Dussi, LLC,

Date: _____

/s/ Michael H. Theodore
Lewis J. Cohn, Esq.  BBO#553803
Michael H. Theodore, Esq., BBO#565098
25 Burlington Mall Rd, 6th Floor
Burlington, MA 01803
(781) 494-0200

CERTIFICATE OF SERVICE

  I, Michael H. Theodore, hereby certify that on this ____ day of _____, 2005, I served by first class mail, postage pre-paid, upon all counsel of record a true and accurate copy of the foregoing Motion:

                _____
                Michael H. Theodore