# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
**************************************************
                                             *
RENAISSANCE WORLDWIDE, INC.                  *
                     Plaintiff               *
                                             *
          v.                                 *
                                             *
CEDAR ENTERPRISE SOLUTIONS, INC.             *
f/k/a THE HUNTER GROUP, INC.                 *
                     Defendant               *
                                             *
                                             *     C.A. NO. 04-CV-11047
**************************************************
                                             *
CEDAR ENTERPRISE SOLUTIONS, INC.             *
                                             *
          and                                *
                                             *
CEDAR USA HOLDINGS                           *
          Counterclaim Plaintiffs            *
                                             *
          v.                                 *
                                             *
RENAISSANCE WORLDWIDE, INC.                  *
          Counterclaim Defendant             *
                                             *
**************************************************
```

## PLAINTIFF'S SECOND ASSENTED-TO MOTION TO EXTEND TIME TO CONSUMMATE SETTLEMENT

The Plaintiff, Renaissance Worldwide. Inc. ("Renaissance"), requests this Court to

further extend the time period to consummate the settlement between the parties by an

additional 30 days, from March 24, 2005, through April 22, 2005.  As grounds for this Motion,

Renaissance states on January 20, 2005, the Court entered a Settlement Order of Dismissal

providing for the dismissal of the case, and further providing that the parties have 30 days to

consummate the settlement of this action.  By Assented to Motion, the deadline for the parties

to consummate the settlement was extended to March 24, 2005.

Although the parties have reached a settlement of this law suit, they have not yet consummated their settlement in full, and do not anticipate fully consummating their settlement on or before March 24, 2005.  The delay in consummating this settlement has been caused by the negotiation of certain final details to a complex and detailed settlement agreement, as well as the  necessary involvement of Cedar-related entities located in the United Kingdom.

The Defendants have indicated to the Plaintiff that they Assent to this Motion.

WHEREFORE, Renaissance, with the Assent of the Defendants, requests the Court to extend the time period for the parties to consummate their settlement pursuant to the Settlement Order of Dismissal by an additional thirty (30) days to April 22, 2005, and to enter such other relief as is just and necessary.

Respectfully submitted,
RENAISSANCE WORLDWIDE, INC.

By its attorneys,
Cohn & Dussi, LLC,


/s/ Michael H. Theodore
Lewis J. Cohn, Esq.  BBO#553803
Michael H. Theodore, Esq., BBO#565098
25 Burlington Mall Rd, 6th Floor
Burlington, MA 01803
(781) 494-0200

<u>CERTIFICATE OF SERVICE</u>

I, Michael H. Theodore, hereby certify that on this 23rd day of March, 2005,  I served by first class mail, postage pre-paid, upon all counsel of record a true and accurate copy of the foregoing Motion:


<u>/s/ Michael H. Theodore</u>
Michael H. Theodore