UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************************
                                                *
RENAISSANCE WORLDWIDE, INC.                     *
            Plaintiff                           *
                                                *
      v.                                        *
                                                *
CEDAR ENTERPRISE SOLUTIONS, INC.                *
f/k/a THE HUNTER GROUP, INC.                    *
            Defendant                           *
                                                *
                                                *    C.A. NO. 04-CV-11047
*************************************************
                                                *
CEDAR ENTERPRISE SOLUTIONS, INC.                *
                                                *
      and                                       *
                                                *
CEDAR USA HOLDINGS                              *
            Counterclaim Plaintiffs             *
                                                *
      v.                                        *
                                                *
RENAISSANCE WORLDWIDE, INC.                     *
            Counterclaim Defendant              *
                                                *
*************************************************
```

**PLAINTIFF'S ASSENTED-TO MOTION TO FURTHER EXTEND TIME
TO CONSUMMATE SETTLEMENT**

The Plaintiff, Renaissance Worldwide. Inc. ("Renaissance"), requests this Court to further extend the time period to consummate the settlement between the parties by an additional 30 days. As grounds for this Motion, Renaissance states on January 20, 2005, the Court entered a Settlement Order of Dismissal providing for the dismissal of the case, and further providing that the parties have 30 days to consummate the settlement of this action. As a result of prior assented-to motions filed by the Plaintiff, the time to consummate the settlement

has been now been extended to April 22, 2005.  Although the parties have reached a settlement, various circumstances, including the number of foreign Cedar-related entities who must execute the settlement agreement, has delayed the formal consummation of this settlement. While the formal consummation appears imminent, the Plaintiff, with the assent of the Defendants, requests a further extension of 30 days to file complete their settlement, and to file their Stipulation of Dismissal.

    WHEREFORE, Renaissance, with the Assent of the Defendants, requests the Court to extend the time period for the parties to consummate their settlement pursuant to the Settlement Order of Dismissal by an additional thirty (30) days, and enter such other relief as is just and necessary.

Respectfully submitted,
RENAISSANCE WORLDWIDE, INC.

By its attorneys,
Cohn & Dussi, LLC,


/s/ Michael H. Theodore
Lewis J. Cohn, Esq.  BBO#553803
Michael H. Theodore, Esq., BBO#565098
25 Burlington Mall Rd, 6th Floor
Burlington, MA 01803
(781) 494-0200

CERTIFICATE OF SERVICE

    I, Michael H. Theodore, hereby certify that on this 22nd day of April, 2005, I served by electronic filing or by first class mail, postage pre-paid, upon all counsel of record a true and accurate copy of the foregoing Motion:

    /s/ Michael H. Theodore