# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENAISSANCE WORLDWIDE, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CEDAR ENTERPRISE SOLUTIONS, INC., ) <br> f/k/a THE HUNTER GROUP, INC., CEDAR ) <br> USA HOLDINGS, INC., AND CEDAR ) <br> GROUP PLC ) <br> ) <br> Defendants. ) <br>_____) <br> ) <br> CEDAR ENTERPRISE SOLUTIONS, INC. ) <br> ) <br> and ) <br> ) <br> CEDAR USA HOLDINGS, INC. ) <br> ) <br> Counterclaim Plaintiffs ) <br> ) <br> v. ) <br> ) <br> RENAISSANCE WORLDWIDE, INC. ) <br> ) <br> Counterclaim Defendant. ) <br>_____) | Civil Action No. 04-cv-11047 <br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 04-cv-l1047 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH
## PREJUDICE PURSUANT TO F.R.C.P. 41 BY ALL PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff/Counterclaim Defendant Renaissance Worldwide, Inc., Defendant/Counterclaim Plaintiff Cedar Enterprise Solutions, Inc, Defendant/Counterclaim Plaintiff Cedar USA Holdings, Inc., and Defendant Cedar Group plc, by their respective counsel, hereby dismiss with prejudice, and without costs,

all claims and counterclaims in this action by and against all parties, and waive all rights of appeal.

| | |
|---|---|
| CEDAR ENTERPRISE SOLUTIONS, INC, CEDAR USA HOLDINGS, INC., and CEDAR GROUP PLC | RENAISSANCE WORLDWIDE, INC. |
| By their counsel | By its counsel |
| /s/ Dustin F. Hecker<br>Dustin F. Hecker<br>POSTERNAK BLANKSTEIN & LUND LLP<br>The Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-8004<br>(617) 973-6131 (tel.)<br>(617) 722-4927 (fax) | /s/ Michael H. Theodore<br>Lewis J. Cohn, Esq.<br>Michael H. Theodore, Esq.<br>COHN & DUSSI, LLC<br>25 Burlington Mall Road, 6th Floor<br>Burlington, Massachusetts 01803<br>(781) 494-0200 (tel.)<br>(781) 494-0208 (fax) |

Deborah B. Baum
Matthew A. Anzaldi
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000 (tel.)
(202) 663-8007 (fax)

April 26, 2005